IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )         8:06CR410
                                 )
     v.                          )
                                 )
WILLIE E. HILL,                  )         ORDER
                                 )
           Defendant.            )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 22). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 17), and that plaintiff has no objection to a continuance. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Monday, April 16, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This continuance is necessary for the defendant to review evidence and to attempt to resolve the matter without trial. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 26, 2007, and April 16, 2007, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court