# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR410** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WILLIE E. HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Willie E. Hill (Hill) to review detention (Filing No. 21-Sealed). Hill seeks release to a NOVA treatment program. Hill also requests an evidentiary hearing on the motion. Hill's request for an evidentiary hearing is granted. An evidentiary hearing on the motion will be held at 10:00 a.m., February 28, 2006, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Hill shall be present for the hearing. Prior to the hearing, counsel for Hill shall provide the court, Pretrial Services, and counsel for the government, a copy of the substance abuse evaluation by Kimberly Smith of Substance Abuse Assessments.

**IT IS SO ORDERED.**

DATED this 23rd day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge