IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:06CR410
                               )
        v.                     )
                               )
WILLIE E. HILL,                )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on the motion for furlough and request for expedited consideration (Filing No. 64). As the Court no longer has jurisdiction over the defendant,

IT IS ORDERED that the motion is denied as moot.

DATED this 23rd day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court